1 | KAREN P. HEWITT
United States Attorney
2 | DOUGLAS KEEHN
Assistant United States Attorney
3 | California State Bar No. 233686
United States Attorney's Office
4 | Federal Office Building
880 Front Street, Room 6293
5 | San Diego, California 92101
Telephone: (619) 557-6549
6 |
Attorneys for Plaintiff
7 | UNITED STATES OF AMERICA

8

9 |                    UNITED STATES DISTRICT COURT

10 |              SOUTHERN DISTRICT OF CALIFORNIA   07 CR 3434-WQH

11 | UNITED STATES OF AMERICA,        )   Magistrate Case No. 07MJ2822
                                     )
12 |                      Plaintiff,  )
                                     )   **STIPULATION OF FACT AND JOINT**
13 |      v.                          )   **MOTION FOR RELEASE OF**
                                     )   **MATERIAL WITNESS(ES) AND**
14 | FLORENTINA MILDRED CONKLIN,      )   **ORDER THEREON**
                                     )
15 |                      Defendant.  )
                                     )   **(Pre-Indictment Fast-Track Program)**
16 |

17 |          **IT IS HEREBY STIPULATED AND AGREED** between the plaintiff, UNITED STATES

18 | OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and

19 | Douglas Keehn, Assistant United States Attorney, and defendant FLORENTINA MILDRED

20 | CONKLIN, by and through and with the advice and consent of defense counsel, Jason I. Ser, Federal

21 | Defenders of San Diego, Inc., that:

22 |          1.      Defendant agrees to execute this stipulation on or before the first preliminary hearing

23 | date and to participate in a full and complete inquiry by the Court into whether defendant knowingly,

24 | intelligently and voluntarily entered into it. Defendant agrees further to waive indictment and plead

25 | guilty to the pre-indictment information charging defendant with a non-mandatory minimum count

26 | of Bringing in Aliens Without Presentation and Aiding and Abetting, in violation of 8 U.S.C.

27 | § 1324(a)(2)(B)(iii) and 18 U.S.C. § 2.

28 | //

WDK:psd:12/10/07

1       2.    Defendant acknowledges receipt of a plea agreement in this case and agrees to

2   provide the signed, original plea agreement to the Government not later than five business days

3   before the disposition date set by the Court.

4       3.    Defendant agrees to plead guilty to the charge pursuant to the plea agreement on or

5   before **January 7, 2008.**

6       4.    The material witness, Francisco Aguilar-Farias, in this case:

7           a.    Is an alien with no lawful right to enter or remain in the United States;

8           b.    Entered or attempted to enter the United States illegally on or about

9   December 5, 2007;

10          c.    Was found in a vehicle driven by defendant at the Otay Mesa , California Port

11   of Entry (POE) and that defendant knew or acted in reckless disregard of the fact that he was an alien

12   with no lawful right to enter or remain in the United States;

13          d.    Was paying $3,000 to others to be brought into the United States illegally

14   and/or transported illegally to his destination therein; and,

15          e.    May be released and remanded immediately to the Department of Homeland

16   Security for return to his country of origin.

17       5.    After the material witnesses are ordered released by the Court pursuant to this

18   stipulation and joint motion, if defendant does not plead guilty to the charge set forth above, for any

19   reason, or thereafter withdraws his guilty plea to that charge, defendant agrees that in any proceeding,

20   including, but not limited to, motion hearings, trial, sentencing, appeal or collateral attack, that:

21          a.    The stipulated facts set forth in paragraph 4 above shall be admitted as

22   substantive evidence;

23          b.    The United States may elicit hearsay testimony from arresting agents

24   regarding any statements made by the material witness(es) provided in discovery, and such testimony

25   shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements against interest

26   of (an) unavailable witness(es); and,

27   //

28

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Florentina Mildred Conklin     2             07MJ2822

1            c.     Understanding that under <u>Crawford v. Washington</u>, 124 S. Ct. 1354 (2004),

2    "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted

3    and cross-examined the witness(es) who made the "testimonial" hearsay statements, defendant

4    waives the right to confront and cross-examine the material witness(es) in this case.

5           6.     By signing this stipulation and joint motion, defendant certifies that defendant has

6    read it (or that it has been read to defendant in defendant's native language).  Defendant certifies

7    further that defendant has discussed the terms of this stipulation and joint motion with defense

8    counsel and fully understands its meaning and effect.

9         Based on the foregoing, the parties jointly move the stipulation into evidence and for the

10    immediate release and remand of the above-named material witness(es) to the Department of

11    Homeland Security for return to his country of origin.

12         It is STIPULATED AND AGREED this date.

13                               Respectfully submitted,

14                               KAREN P. HEWITT
                           United States Attorney

15

16    Dated: 12/20/07 .                  

17                             DOUGLAS KEEHN
                         Assistant United States Attorney

18    Dated: 12/17/07 .

19                             JASON I. SER
                         Defense Counsel for CONKLIN

20

21    Dated: 12/17/07 .

22                             FLORENTINA MILDRED CONKLIN
                         Defendant

23

24

25

26

27

28

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Florentina Mildred Conklin     3                     07MJ2822

1

# O R D E R

2 Upon joint application and motion of the parties, and for good cause shown,

3 **THE STIPULATION** is admitted into evidence, and,

4 **IT IS ORDERED** that the above-named material witness(es) be released and remanded

5 forthwith to the Department of Homeland Security for return to his country of origin.

6 **SO ORDERED.**

7

8 Dated: _12/20/2007_ .

United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Florentina Mildred Conklin                    4                              07MJ2822