UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>           )<br>       Plaintiff   )<br>           )<br>           )<br>vs.         )<br>           )<br>           )<br>Florentina Mildred Conklin )<br>       Defendant(s)  )<br>_____) | CRIMINAL NO. _07 CR 3434 - WQH_<br>                 07 MJ 2822<br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States ~~District~~/Magistrate Judge, **Ruben B. Brooks**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (~~Bond Posted / Case Disposed~~ / Order of Court).

Francisco Aguilar-Farias

DATED: 12/20/07

_Ruben B. Brooks_
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____     OR
         DUSM

W. SAMUEL HAMRICK, JR.  Clerk

by _____
        Deputy Clerk

CLERK'S OFFICE COPY          ☆ U.S. GPO: 2003-581-774/70082
mc500 Crim-25 rev. 8-95